STANDARD DISTILLING CO. v. J. A. FREYHAN.

[FILED APRIL 7, 1892.]

**Final Order: QUASHING SUMMONS IS NOT.** An order of the district court quashing the service of a summons cannot be reviewed by this court before final judgment is rendered in the action.

ERROR to the district court for Colfax county. Tried below before MARSHALL, J.

*Phelps & Sabin,* for plaintiff in error.

*Grimison & Thomas, contra,* cited : *Brown v. Rice,* 30 Neb., 236.

NORVAL, J.

This is a proceeding in error to reverse the ruling of the district court sustaining the defendant's motion to quash the service of the summons. The transcript fails to show that a final judgment has been entered in the court below. The case is ruled by *Persinger v. Tinkel, ante,* p. 5. It was there held that the court would not review an order of the district court quashing the service of a summons until after the final disposition of the action, for the reason that such ruling is not a final order. The petition in error is

DISMISSED.

THE other judges concur.